# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES T. DAVIS,

    Plaintiff - Appellant,

v.

EDWARD S. ALAMEIDA, JR.; et al.,

    Defendants - Appellees.

No.  05-17055
D.C. No.  CV-04-00886-MCE

**ORDER**

FILED

NOV 1 4 2005

CLERK, U S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

This appeal has been taken in good faith  [  ]

This appeal is not taken in good faith    ⊠

Explanation: _____

_____

_____

_____

Judge
United States District Court

Date:  11/14/05